UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff(s),                          Case No. 11-CR-20321

v.                                             Judge Mark A. Goldsmith

GEORGE J. BALCEWICZ, III,

                                                   Magistrate Judge Michael Hluchaniuk

        Defendant(s).
_____/

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS
AND/OR REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL

The court having considered the application to proceed *in forma pauperis*:

IT IS ORDERED that the application is:

❏      GRANTED

☑      DENIED, for the following reasons:
        No filing fee is required for filing a 2255 motion.

If denied the plaintiff is directed to pay the filing fee by _____. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

SERVICE

The court having considered the request[1] of the plaintiff that the court direct service by a United States Marshal. The court finds the plaintiff proceeds:

❏      *in forma pauperis* pursuant to 28 U.S.C. § 1915.
❏      as a seaman under 28 U.S.C. § 1916.
❏      as neither *in forma pauperis* nor as a seaman.

---

[1] Upon a plaintiff's request, "the court *may* order that service be made by a United States marshal" or another person appointed by the court; "the court *must* so order if the plaintiff is authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or . . . as a seaman under 28 U.S.C. § 1916." Fed. R. Civ. P. 4(c)(3)(emphasis supplied).

Therefore, IT IS ORDERED that the request for service is:

 ❑  GRANTED, and the clerk is directed to process the complaint and issue the summons for service by the United States Marshal.

 ☑  DENIED, for the following reasons:
    N/A

                  s/Mark A. Goldsmith
                  Mark A. Goldsmith, U.S. District Judge

Certificate of Service

 I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date: August 20, 2013          s/Deborah J. Goltz
                      Case Manager/Deputy Clerk